

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos.   02-20-00048-CR
02-20-00049-CR

OTIS DON TROTTER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1546892D, 1546894D

---

**ORDER**

On the court's own motion, it is ORDERED that the trial court clerk deliver the original of State's Exhibit No. 39 (DVD Full Body Cam Video-Lance) to this court no later than **Tuesday, May 11, 2021**.

The exhibit will be returned to the trial court upon issuance of the mandate.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated May 4, 2021.

Per Curiam